# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BREON BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0699

[July 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena V. Mastrarrigo, Judge; L.T. Case No. 062020CF001859A88810.

Daniel Eisinger, Public Defender, and Erika Follmer, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State*, 350 So. 3d 72, 73 (Fla. 4th DCA 2022), *rev. denied*, No. SC2022-1597, 2023 WL 3830251 (Fla. June 6, 2023), *cert. denied*, 144 S. Ct. 2595, 219 L. Ed. 2d 1247 (U.S. May 28, 2024).

GROSS, MAY and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***